Exhibit "2"

11-006

# Contract No. 11 – Roamingwood Sewer and Water Association
## Agent of South Wayne County Water and Sewer Authority
## Salem and Lake Townships, Wayne County, Pa

**TO:** LaBella Associates
1000 Dunham Drive
Dunmore, PA  18512

**DATE:** May 18, 2017

**ATTN:** David Osborne, P.E.

**PRIME CONTRACTOR'S NAME**
James T. O'Hara, Inc.
205 Old School House Road
Covington Township, PA 18444
**PHONE:** (570) 842-2140
**FAX:**    (570) 842-8205
**E-MAIL:** jtobids@gmail.com

**CONTRACTOR'S STAMP**

Approved by:
*[signature]*
James T. O'Hara, Inc.

**PRODUCT SPECIFICATION:** 02559 Low Pressure Sewers and Appurtenances

**NAME & NO:** Para 2.9 Curb Stop and Check Valve

**DRAWING NO:** 207

**SUBCONTRACTOR:** N/A

**SUPPLIER:** Central Clay
101 Scott Street
Wilkes Barre PA 18702

**MANUFACTURER:** The Lateral Connection Corp.

**NO. OF COPIES:** 1

**(A/E USE ONLY)**
☐ REVIEWED        ☐ REVISE AND RESUBMIT
☐ REJECTED        ☒ FURNISH AS NOTED

Corrections or comments made on the shop drawings during this review do not relieve the contractor from compliance with requirements of the drawings and specifications. This check is only for review of general conformance with the design concept of the project and general compliance with the information given in the contract documents. The contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his work with that of all other trades; and performing his work in a safe and satisfactory manner

LaBella Associates, D.P.C.

By: *[signature]*   Date: 5/31/2017

**E/A STAMP**

PROVIDE GR-4150 MODEL



ROAMINGWOOD-000010

# PP Ball Valves & Curb Stops/Checks

## Performance™ Series

### Description
- Polypropylene Ball Valves, Curb Stops & Curb/Check Assemblies for PE pressure piping applications.

### Tube
- IPS(OD)
  - For use on HDPE Pipe SDR 7.3 thru SDR 17.
    (Ball Valve Sizes 3/4" - 2", Curb Stop & Curb/Check Assembly Sizes 1-1/4" - 2")
  - For use on Sch 40/80 PVC Pipe with SS Gripper Ring.
    (Ball Valve Sizes 3/4" - 2", Curb Stop & Curb/Check Assembly Sizes 1-1/4"-2")
- CTS(OD)
  - For use on Certified PE Pipe SDR 9 & SDR 11.
    (Ball Valve Sizes 3/4" - 2", Curb Stop & Curb/Check Assembly Sizes 1-1/4"-2")
  - For use on Cross Linked Pipe PE SDR 9 for Cold Water Only.
    (Ball Valve Sizes 3/4" - 2", Curb Stop & Curb/Check Assembly Sizes 1-1/4" - 2")
  - For use on Copper Pipe with CTS SS Gripper Ring (Ball Valve Sizes 3/4" - 1")

### Working pressure
- At 73° F (23° C) 1/2" - 2" rated to 200 PSI

### Features
- Compression (IPS & CTS) & Threaded (FIPT) end connectors available.
- Curb Stop handle has built in torque overload protection (ratcheting handle).
- Fully serviceable.
- EPDM O-Rings.
- Color Coded.
- Extremely smooth handle operation.
- UV stabilized.
- Extensively used worldwide.
- ISO 9001 certified.

### Applications
- Water Distribution
- Low Pressure Sewer
- Reclaim Water
- Industrial
- Leachate Collection
- Irrigation
- Many other uses



1-1/4" - 2" Curb/Check Assemblies



1-1/4" - 2" Curb Stops



3/4" - 2" Ball Valves

ROAMINGWOOD-000011

# PP Compression Fittings

## Performance™ Series

**Description**
- Polypropylene (PP) Compression Fittings for PE pressure piping applications.

**Tube**
- IPS(OD) • For use on HDPE Pipe SDR 7.3 thru SDR 17. (Sizes 1/2" - 4")
  - For use on Sch 40/80 PVC Pipe with SS Gripper Ring. (Sizes 1/2" - 2")
- CTS(OD) • For use on Certified PE Pipe SDR 9 & SDR 11. (Sizes 3/4" - 2")
  - For use on Cross Linked Pipe PE SDR 9 for Cold Water Only. (Sizes 3/4" - 2")
  - For use on Copper Pipe with CTS SS Gripper Ring. (Sizes 3/4" - 1")

**Working pressure**
- At 73° F (23° C) 1/2" - 2" rated to 200 PSI
  - 3" - 4" rated to 150 PSI

**Features**
- Ease of installation.
- One source for all your IPS & CTS needs.
- Color coded.
- UV stabilized.
- Extensively used worldwide.
- ISO 9001 certified.

**Applications**
- Water distribution
- Low Pressure Sewer
- Industrial Leachate
- Collection Irrigation
- Many other uses

**Specifications**
- IPS(OD) • ASTM-F714 / ASTM-D3035 / ASTM-D-1599-99 / NSF 61
- CTS(OD) • ASTM-D2737 / ASTM-D1248 / ASTM-D-1599-99 / NSF 61 / CSA B137.1






| FIG. | Parts | Material |
|---|---|---|
| 1 | Split Ring | POM |
| 2 | Nut | PP |
| 3 | Insert | PP |
| 4 | O-ring | NBR 70 (POTABLE WATER) |
| 5 | Body | PP |

ROAMINGWOOD-000012