# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROAMINGWOOD SEWER & WATER ASSOCIATION, | : | Civil No. 1:20-CV-00640 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL DIVERSIFIED SALES, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of December, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion to dismiss and to strike, Doc. 11, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania